IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of QUALITY GLASS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAND POINT SERVICES, LLC; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO.: 4:23-cv-208 |

**O R D E R**

Before the Court is a Stipulation of Dismissal Without Prejudice signed and filed by counsel for Plaintiff and counsel for Defendants on September 21, 2023, wherein the parties indicate they stipulate to the dismissal, without prejudice, of this case, with each party to bear its own fees and costs. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 26th day of September, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA